35 A.3d 1215

**Jose GONZALEZ, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Commonwealth of Pennsylvania, Department of Corrections and Regional Contract Jail Albion, Pennsylvania Board of Probation and Parole, Respondents.**

**No. 104 EM 2011.**

Supreme Court of Pennsylvania.

Jan. 25, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of January, 2012, the Application for Leave to File Original Process is **GRANTED,** and the "Petition for Writs of Mandamus, Habeas Corpus, Injunctive, Prohibition and/or Extraordinary Relief" is **DENIED.**